UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SUTTER SECURITIES INCORPORATED, et al.,:
                                         :
                    Plaintiffs,    :          26cv340 (DLC)
                                         :
          -v-                            :          ORDER
                                         :
JAMES MACKAY, et al.,                    :
                                         :
                    Defendants.    :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On February 3, 2026, the defendants filed a motion to dismiss the plaintiffs' first amended complaint in this action pursuant to Rule 12(b)(2), Fed. R. Civ. P.  An Order of February 4 directed the plaintiffs to file any amended complaint by February 27 and alerted the plaintiffs that they would likely not have another opportunity to amend.  The plaintiffs filed a second amended complaint on February 18.  Accordingly, it is hereby

ORDERED that the defendants' February 3 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **March 13, 2026**
- Opposition served by **March 27, 2026**
- Reply served by **April 3, 2026**

At the time any reply is filed, the moving party shall supply

Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          February 18, 2026

                              _____
                              DENISE COTE
                              United States District Judge