**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SUTTER SECURITIES INCORPORATED, et al.,

                              Plaintiffs,

          -against-                                          26 **CIVIL** 340 (DLC)

                                                            **JUDGMENT**

JAMES MACKAY, et al.,

                              Defendants.
----------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated May 5, 2026, the defendants' March 13, 2026

motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

          May 8, 2026

                                        **TAMMI M. HELLWIG**
                              _____
                                          **Clerk of Court**


                              **BY:**          K. Mango
                              _____
                                          **Deputy Clerk**